IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Lauri Valjakka**<br><br>     Plaintiff,<br><br>v.<br><br>Google LLC,<br><br>     Defendant. | Civil Action No. 6:22-cv-00004-ADA<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO STRIKE ECF NO. 23

Plaintiff Lauri Valjakka ("Valjakka"), hereby moves to withdraw ECF NO. 23, entitled Plaintiff Lauri Valjakka's Response to Defendant's Opposed Rule 12(B)(6) Motion to Dismiss Claims of Willful, Indirect, And Direct Infringement In The First Amended Complaint. ECF NO. 23 a duplicate of ECF NO. 22 and was filed in error.

WHEREFORE, Valjakka respectfully requests that the erroneously filed ECF NO. 23 stricken

Dated: April 13, 2022

Respectfully submitted,

/s/William P. Ramey, III
William P. Ramey, III
Texas Bar No. 24027643
**Ramey LLP**
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Phone: 713-426-3923
Fax: 832-900-4941
wramey@rameyfirm.com

*Attorney for Plaintiff Lauri Valjakka*

1

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rules, William Ramey, counsel for Plaintiff Lauri Valjakka, conferred with Hana Oh, counsel for Google LLC by e-mail on April 18, 2022, regarding the filing of this Motion, they are unopposed.

William P. Ramey, III<br>William P. Ramey, III

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and LR5, I hereby certify that all counsel of record who have appeared in this case are being served on this day of April 18, 2022, with a copy of the foregoing via email and ECF filing.

William P. Ramey, III<br>William P. Ramey, III