# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| LAURI VALJAKKA,<br><br>    *Plaintiff,*<br><br> v.<br><br>GOOGLE LLC,<br><br>    *Defendant.* | Case No. 6:22-cv-00004-ADA<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Lauri Valjakka, and Defendant, Google LLC, hereby stipulate to the dismissal of the action. All claims of infringement that Plaintiff raised or could have raised in this action are dismissed WITH PREJUDICE. All claims, defenses, or counterclaims that Defendant raised are dismissed WITHOUT PREJUDICE. Each Party will bear its own costs and attorneys' fees.

DATED: May 23, 2022

              Respectfully submitted,

              */s/ William P. Ramey, III*
              William P. Ramey, III
              Texas Bar No. 24027643
              **Ramey LLP**
              5020 Montrose Blvd., Suite 800
              Houston, TX 77006
              Phone: 713-426-3923
              Fax: 832-900-4941
              wramey@rameyfirm.com

              Attorney for Plaintiff Lauri Valjakka

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz
pamstutz@scottdoug.com
**SCOTT, DOUGLASS & MCCONNICO LLP**
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone:  512-495-6300
Facsimile:  512-495-6399

Darin W. Snyder (*Pro Hac Vice*)
dsnyder@omm.com
Luann L Simmons (*Pro Hac Vice*)
lsimmons@omm.com
Sorin G. Zaharia (*Pro Hac Vice*)
szaharia@omm.com
Daniel Silverman (*Pro Hac Vice*)
dsilverman@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone:  415-984-8700
Facsimile:  415-984-8701

Marc J. Pensabene (*Pro Hac Vice*)
mpensabene@omm.com
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Telephone:  212-326-2000
Facsimile:  212-326-2061

Hana Oh (*Pro Hac Vice*)
hoh@omm.com
**O'MELVENY & MYERS LLP**
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone:  949-823-6900
Facsimile:  949-823-6994

*Attorneys for Defendant Google LLC*

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on May 23, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                                                                                        */s/ Paige Arnette Amstutz*
                                                                                        Paige Arnette Amstutz